## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MALIBU MEDIA, LLC,

      Plaintiff,

v.                                  Civil Action No. 8:15-cv-02364-RWT

JOHN DOE, subscriber assigned IP address
73.132.157.15,

      Defendant.

                                        /

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP address 73.132.157.15. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

      Dated:  December 21, 2015

                                     Respectfully submitted,

                                      By:    /s/ *Jon A. Hoppe*
                                      Jon A. Hoppe, Esquire
                                      jhoppe@mhhhlawfirm.com
                                      MADDOX, HOPPE, HOOFNAGLE &
                                      HAFEY, L.L.C.
                                      1401 Mercantile Lane #105
                                      Largo, Maryland 20774
                                      Phone:  301-341-2580
                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 21, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.


By:  /s/ Jon A. Hoppe_____
Jon A. Hoppe